**Order entered January 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01069-CR

**KERRY C. SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-39292-Q**

## ORDER

On January 17, 2017, court reporter Kendra Thibodeaux filed ten volumes of the reporter's record in this appeal. Missing from the reporter's record are defense exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11. We **ORDER** court reporter Kendra Thibodeaux to file a supplemental reporter's record containing defense exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 within **TEN DAYS** of the date of this order.

/s/    ADA BROWN
         JUSTICE